AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

TONY M. SMITH,

    Petitioner,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:06-CV-00087-ECR-VPC**

E,K. MCDANIEL, et al.,

    Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the remaining claims in the petition for a writ of habeas corpus are DENIED on the merits and this action is DISMISSED with prejudice in favor of respondents and against petitioner.

  July 13, 2009                                      **LANCE S. WILSON**
                                                                Clerk

                                                             /s/ D. R. Morgan
                                                               Deputy Clerk